**Sulaiman Law Group, Ltd.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 S. Highland Ave.,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

*Attorney for the Plaintiff*

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNI-LIN JONES, | Case No. 2:24-cv-00856-JLS-RAOx |
| Plaintiff, | |
| v. | |
| MANDARICH LAW GROUP, LLP., | |
| Defendant. | |

### ORDER

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

The Stipulation for Dismissal is GRANTED. The action against MANDARICH LAW GROUP, LLP is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

Date: November 25, 2025

*Josephine L. Staton*
_____
Hon. Josephine L. Staton
United States District Judge

ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE